UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELAN YAISH | Mag. No. 20-12359 (JBC)<br><br>Consent Order for Modification of Conditions of Release |

This matter having come before the Court on the application of Defendant Elan Yaish, with the consent of Craig Carpenito, United States Attorney for the District of New Jersey (by Jason S. Gould, Assistant United States Attorney), and Pretrial Services (by Vincent Imbrosciano, U.S. Pretrial Services Officer), for a Consent Order modifying Defendant Elan Yaish's conditions of release, and for good cause having been shown;

IT IS on this 17th day of September 2020,

ORDERED, that Defendant Elan Yaish's location monitoring condition of home detention with employment is modified to electronic monitoring with a curfew from 6:30 am to 9:00 pm daily or as approved by Pretrial Services. The Defendant's

travel shall be restricted to New Jersey and New York unless approved by Pretrial Services. All other conditions remain in full effect.

_____
Hon. Mark Falk, U.S.M.J.

Form and entry consented to:


_____
Jaclyn DeMais
GREENBERG TRAURIG, LLP
Attorneys for Defendant, Elan Yaish



_____
Jason S. Gould
Assistant U.S. Attorney